NEIGHBORHOOD GRILL & BAR
9031 Watson Road
St. Louis, MO. 63126
314-968-0800

MICHAEL S                    TB#204

                              GARY

DATE: 06-05-23 TIME: 05:34 PM GUESTS: 1
Check #:8103-1447656
Pick-up Time: 5:54 PM

| 1 | VEHICLE | 0.00 |
| 1 | *TO-GO* | 0.00 |
| 1 | WHITE | 0.00 |
| 1 | VAN | 0.00 |
| 1 | YES SILVERWARE | 0.00 |
| 1 | *TO-GO* | 0.00 |
| 1 | 2 FOR 25 ENTREE | 25.00 |

  *TO-GO*
  *2 SALAD CHOICE
  *TO-GO*
  *CAESAR SALAD
  *CAESAR SALAD
  *6OZ SIRL